IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NANCY BLANCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:17-cv-00079 |
| ) | |
| SCOTT PRATER, *et al.*, ) | By: Elizabeth K. Dillon |
| ) | United States District Judge |
| Defendants. ) | |

**ORDER AND FINAL JUDGMENT**

For the reasons set forth in the memorandum opinion entered this day, the defendants' motions for summary judgment (Dkt. Nos. 65 and 68) are hereby GRANTED, and the clerk is directed to STRIKE this case from the active docket of this court.

The clerk is directed to provide copies of this order and the memorandum opinion to all counsel of record.

Entered: March 31, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge